PATRICK REHILL ET AL., DEFENDANTS IN ERROR, v. MAYOR, &c., OF EAST NEWARK AND MAYOR, &c., OF JERSEY CITY, PLAINTIFFS IN ERROR.

NEW JERSEY SUBURBAN WATER COMPANY, DEFENDANT IN ERROR, v. MAYOR, &c., OF EAST NEWARK, PLAINTIFFS IN ERROR.

Argued March 11, 1907—Decided June 17, 1907.

On error to the Supreme Court.

VOL. XLV. 54

For the plaintiffs in error, *Robert Carey* and *Edward Kenny.*

For the defendants in error, *Collins & Corbin* and *Herbert Boggs.*

PER CURIAM.

The judgment brought up by this writ is affirmed upon the grounds set forth in the opinion of Mr. Justice Pitney in the Supreme Court, reported in 44 *Vroom* 220.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, HENDRICKSON, SWAYZE, REED, TRENCHARD, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY, DILL, J.J.   13.

*For reversal*—None.